JUNIUS CONSTRUCTION CORPORATION, Appellant, v. BESSIE COHEN, Individually and as Executrix, etc., of DAVID COHEN, Deceased, Respondent.— The decision of this court handed down on February 13, 1931,█ is hereby amended to read as follows: Judgment reversed upon the law and a new trial granted, costs to abide the event, upon the ground that the trial court erred in failing to permit appellant's proposed proof of changed conditions. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

MEYER KRAUSHAAR and EMANUEL CELLER, Appellants, v. SOLWIN W. SMITH and SMITH OF WHITEHALL, INC., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Hagarty, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Young, J., concur pursuant to section 106 of the Civil Practice Act.

DANIEL W. MELLEN, Appellant, v. MYRTLE GARDENS, INC., and Others, Respondents.— Judgment as amended unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

RANDOLPH M. NEWMAN, Respondent, v. JULES W. ARNOLD and Others, Defendants, and FANNIE ARNOLD, Appellant.— Order denying inspection reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, to the extent that appellant be permitted to inspect and photograph the assignment alleged by plaintiff to have been made to him by his mother; the inspection and photograph to be made on five days' notice. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

HORACE W. OLCOTT, Appellant, v. ALICE R. K. OLCOTT, Respondent.— Orders entered November 1, 1930, and February 20, 1931, granting defendant counsel fees of $1,000, $500 to be paid forthwith and $500 at or before trial, modified so as to provide that the total amount be reduced to $500, payable within ten days from the entry of the order herein. As so modified the orders are affirmed, in so far as appealed from, without costs. The amount allowed by the Special Term is excessive under the circumstances. Lazansky, P. J., Hagarty, Scudder and Davis, JJ., concur; Kapper, J., dissents and votes to affirm without modification.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM McKIERNAN, Appellant.— Judgment of conviction of the County Court of Nassau county and order denying motion to set aside verdict affirmed. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Scudder, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. SHEA, Appellant. †— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to reverse because of error at folio 328 and the subsequent examination under the same ruling.